IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC; LESS THAN ZERO MUSIC; SOUTHFIELD ROAD MUSIC; FAKE AND JADED MUSIC; EMBASSY MUSIC CORPORATION; E.O. SMITH MUSIC; TENTATIVE MUSIC, INC; SONY/ATV SONGS LLC; HOUSE OF GAGA PUBLISHING LLC; and REDONE PRODUCTION LLC d/b/a SONGS OF REDONE, | : : : : : : : : : : : : : | No. 4:16-CV-02233 (Judge Brann) |
| Plaintiffs, | : : | |
| v. | : : | |
| MCCARTY'S FINISH LINE, INC. d/b/a TAYLOR'S BAR & GRILL; and KEITH T. HYNDMAN, individually, | : : : : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 31st day of August 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Default Judgment, ECF. No. 10, is granted as follows:

   a. Defendants McCarty's Finish Line, Inc. d/b/a Taylor's Bar & Grill and Keith T. Hyndman, and Defendant's agents, servants, employees, and all persons acting under their permission or authority, are **PERMANENTLY ENJOINED** from infringing any

of Plaintiffs' copyrighted works or any copyrighted works licensed by Plaintiffs in any manner.

b. Defendants are **ORDERED** to pay costs in the amount of $1,390.00 and attorneys' fees in the amount of $12,669.00, for which Defendants shall be jointly and severally liable.

c. Defendants are **ORDERED** to pay statutory damages in the amount of $25,313.40, for which Defendants shall be jointly and severally liable.

d. Defendants are **ORDERED** to pay interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961, for which Defendants shall be jointly and severally liable.

2. The Clerk of Court is directed to enter judgment in favor of the Plaintiffs on the five counts of copyright infringement listed in their complaint, ECF No. 1; mail a copy of the Memorandum and the Order to Defendants at their address listed in the complaint; and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge